FILE COPY



## Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 27, 2015

Stan Schwieger
LAW OFFICE OF STAN SCHWIEGER
P.O. Box 975
Waco, TX 76703
* DELIVERED VIA E-MAIL *

Brodie Burks
Assistant County and District Attorney
200 W. State Street
Groesbeck, TX 76642
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:  07-14-00278-CR, 07-14-00279-CR
Trial Court Case Number: 13,184-A, 13,185-A

**Style:** Teddie Davenport v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Patrick H. Simmons (DELIVERED VIA E-MAIL)
Carol Jenkins (DELIVERED VIA E-MAIL)
Administrative Judge (DELIVERED VIA E-MAIL)